IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LUCIOUS WEATHERSPOON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv229 |
| TEXAS BOARD OF PARDONS AND PAROLES | § | |

## FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**.

All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **10** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge